UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────────

UNITED STATES OF AMERICA,

                                               **ORDER**
        v.                                      14-CR-204-A

RODERICK ARRINGTON,

                              Defendant.

─────────────────────────────────

     This case was referred to Magistrate Judge Hugh B. Scott pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings. The defendant, Roderick Arrington, filed a motion to suppress statements he allegedly made on October 31, 2014 (Dkt. No. 15). Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 19) on March 5, 2015 recommending that defendant Roderick Arrington's motion to suppress (Dkt. No. 15) should be denied. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

     It is hereby **ORDERED**, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant Arrington's motion to suppress statements that he made on October 31, 2014 is denied. The Report and Recommendation (Dkt. No. 19) is therefore adopted in its entirety. It is further

**ORDERED**, the matter is recommitted to the Magistrate Judge for further proceedings on the date and at the time previously scheduled (Dkt. No. 24).

**IT IS SO ORDERED.**

_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  April 23, 2015