IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

14-CR-204-A

RODERICK ARRINGTON,

**ORDER OF DISMISSAL**

Defendant.

On July 8, 2015, Superseding Indictment 15-CR-33-A was unsealed, charging defendant RODERICK ARRINGTON with violations of Title 18, United States Code, Sections 1962(d) (Racketeering Conspiracy) and 1959(a)(1) (Murder in Aid of Racketeering), among other offenses, including all of the charges contained in Indictment 14-CR-204-A. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses, without prejudice, Indictment 14-CR-204-A.

DATED:   Buffalo, New York, July 8, 2015.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY:   _____
WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York   14202
716/843-5806
Wei.Xiang@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

DATED:   Buffalo, New York
July 8, 2015.

_____
HONORABLE RICHARD J. ARCARA
Senior United States District Judge